437 F.2d 955
 UNITED STATES of America, Plaintiff-Appellee,
v.
John Patrick George HASLAM III, Defendant-Appellant.
 No. 25142.
 United States Court of Appeals, Ninth Circuit.
 Feb. 10, 1971.
 ORDER ON REHEARING
 
 1
 Before MERRILL and KOELSCH, Circuit Judges, and TAYLOR, District Judge.[1]
 
 
 2
 Following argument on rehearing, and consideration by the court, the court adheres to the opinion heretofore filed August 31, 1970, 431 F.2d 362.
 
 
 
 [1]
 Honorable Fred M. Taylor, Chief United States District Judge for the District of Idaho, sitting by designation